# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **DAVID EARL JOHNSON,** | ) |
| Plaintiff, | ) |
| vs. | ) 3:04-cv-03021-SLB |
| **JUDGE JACKIE HATCHER, et al.,** | ) |
| Defendants. | ) |

### AMENDED MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on December 15, 2005, recommending that this action be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary damages against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary damages against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii). A Final Judgment will be entered.

**DONE**, this 21st day of February, 2006.

                                                                    */s/ Sharon Lovelace Blackburn*
                                                                    SHARON LOVELACE BLACKBURN
                                                                    UNITED STATES DISTRICT JUDGE